# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR196 |
| vs. | ) | |
| | ) | ORDER |
| ELISEO SANCHEZ, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [12] of Jeffrey L. Thomas, Assistant Federal Public Defender, for leave to withdraw as counsel for the defendant due to a conflict is the Federal Public Defender's Office. Good cause being shown, the motion will be granted and a CJA panel attorney will be appointed.

**IT IS ORDERED:**

1. The Motion to Withdraw [12] is granted, and the appearance of Jeffrey L. Thomas is hereby deemed withdrawn.

2. That **Horacio J. Wheelock** is appointed as attorney of record for the above-named defendant.

2. The provisions and deadlines set in the case progression order [8] remain in effect.

**DATED June 20, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**