## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:07CR196 |
| vs. | ) | |
| | ) | ORDER |
| ELISEO SANCHEZ,, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion [18] of Horacio J. Wheelock for leave to withdraw as counsel for the defendant. Substitute counsel, Ernest H. Addison, Jr. has entered an appearance [19].

**IT IS ORDERED:**

1. The Motion to Withdraw [18] is granted, and the appearance of Horatio J. Wheelock is hereby deemed withdrawn.

2. The trial order [17] remains in effect. A jury trial is scheduled for August 27, 2007 before Chief Judge Bataillon.

**DATED August 1, 2007.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**